```
 1  LORI A. BOWMAN State Bar No.: 114664
    HOWARD L. MAGEE State Bar No.: 185199
 2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
    633 West Fifth Street, Suite 5300
 3  Los Angeles, California 90071
    Telephone:  (213) 239-9800
 4  Facsimile:  (213) 239-9045

 5  Attorneys for Defendant
    Northwest Airlines, Inc.
 6
    LEWIS N. NELSON, ESQ.
 7  LAW OFFICE OF LEWIS N. NELSON
    141 Sequoyah View Drive
 8  Oakland, CA 94605-4908
    Telephone:  (510) 428-2777
 9  Facsimile:  (510) 562-8037

10  Attorney for Plaintiff
    Orville Meaux
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORVILLE MEAUX,<br><br>          Plaintiff,<br><br>     v.<br><br>NORTHWEST AIRLINES, INC., DOES 1-10, Inclusive,<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C 04-04444 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REFERRING PARTIES TO COURT – SPONSORED ADR MULTI-OPTION PROGRAM AND CONTINUING MEDIATION DEADLINE**<br><br>Judge:         Claudia Wilken<br>Dept./Fl.:     2, 4th Floor<br>               1301 Clay Street<br>               Oakland, CA 94612<br>Action Filed:  August 9, 2004<br>Trial Date:    March 6, 2006 |
|---|---|---|

WHEREAS, on March 4, 2005, counsel for the Parties appeared before the Honorable Claudia Wilken at the court scheduled Case Management Conference;

WHEREAS, during the March 4, 2005 Case Management Conference, the Parties agreed to participate in private mediation;

1.

WHEREAS, during the March 4, 2005 Case Management Conference, the Court referred the Parties to participate in private ADR and set a deadline of June 30, 2005 for the Parties to participate in mediation;

WHEREAS, the Parties have unsuccessfully attempted to select a mediator to conduct private mediation by the Court ordered June 30, 2005 deadline;

WHEREAS, counsel for Defendant has provided Plaintiff's counsel with no less than five (5) proposed mediators who were available to conduct said mediation by the Court ordered June 30, 2005 deadline;

WHEREAS, Plaintiff's counsel has informed Defendant's counsel that none of the mediators proposed by Defendant are acceptable to Plaintiff on the grounds that Plaintiff has limited resources and is unable to bear the financial costs of private mediation;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred regarding the ADR process and have reviewed the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet cite;

WHEREAS, the Parties have executed the attached ADR Certification by Parties and Counsel (see Exhibit A);

WHEREAS, the Parties desire that the Court allow them to avail themselves to the Court-sponsored ADR Multi-Option Program;

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that if the Parties are allowed to participate in the Court's ADR Multi-Option Program, the Parties will participate in the Court-sponsored mediation program.

IT IS FURTHER STIPULATED by and between the Parties hereto through their respective attorneys of record that if the Parties are allowed to participate in the Court-sponsored ADR Multi-Option Program, it is anticipated that the Parties will be able to complete mediation through the Court-sponsored ADR Multi-Option Program no later than August 19, 2005.

2.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 04-04444 CW

**IT IS SO STIPULATED**

DATED: *June 21*, 2005          LAW OFFICE OF LEWIS N. NELSON

By _____
       Lewis N. Nelson

Attorney for Plaintiff Orville Meaux

DATED: _____, 2005     LORI A. BOWMAN
                                HOWARD L. MAGEE
                                OGLETREE, DEAKINS, NASH, SMOAK
                                & STEWART P.C.

By _____
       Howard L. Magee

Attorneys for Defendant Northwest Airlines, Inc.

## ORDER

**IT IS SO ORDERED** that Plaintiff Orville Meaux and Defendant Northwest Airlines, Inc. are referred to the Court-sponsored ADR Multi-Option Program. It is **FURTHER ORDERED** that mediation through the Court-sponsored ADR Multi-Option Program is to be completed by August 19, 2005.

DATED: _____

_____
Claudia Wilken
United States District Court Judge

**IT IS SO STIPULATED**

DATED: _____, 2005          LAW OFFICE OF LEWIS N. NELSON


                                      By _____
                                            Lewis N. Nelson

                                      Attorney for Plaintiff Orville Meaux

DATED: 6-21, 2005                     LORI A. BOWMAN
                                      HOWARD L. MAGEE
                                      OGLETREE, DEAKINS, NASH, SMOAK
                                      & STEWART P.C.


                                      By /s/ Howard L. Magee
                                            Howard L. Magee

                                      Attorneys for Defendant Northwest Airlines, Inc.

## ORDER

**IT IS SO ORDERED** that Plaintiff Orville Meaux and Defendant Northwest Airlines, Inc. are referred to the Court-sponsored ADR Multi-Option Program. It is **FURTHER ORDERED** that mediation through the Court-sponsored ADR Multi-Option Program is to be completed by August 19, 2005.

DATED: 6/24/05

                                      /s/ CLAUDIA WILKEN
                                      _____
                                      Claudia Wilken
                                      United States District Court Judge

3.

STIPULATION AND [PROPOSED] ORDER
CASE NO. C 04-04444 CW