IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHWEST AIRLINES, INC. and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | No. C 04-4444 CW<br><br>ORDER TO SHOW CAUSE |

    Defendant Northwest Airlines, Inc., has filed a motion for summary judgment, or in the alternative summary adjudication, of Plaintiff Orville Meaux'S First Amended Complaint.  The matter was noticed for hearing on September 30, 2005.  Pursuant to Local Rule 7-3, Plaintiff's opposition or statement of non-opposition was due on September 9, 2005.  To date, Plaintiff has filed neither.  Accordingly, the hearing date is vacated and Plaintiff is hereby ordered to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff has not responded within thirty (30) days of the date of this order, the action shall be dismissed.

    IT IS SO ORDERED.

Dated: 9/20/05



CLAUDIA WILKEN
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California