IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORVILLE MEAUX,                                  No. C 04-04444 CW

    Plaintiff,                               ORDER

  v.

NORTHWEST AIRLINES INC,

    Defendant.
_____/

    Defendant Northwest Airlines, Inc., having filed a Notice of Bankruptcy with the Court on September 20, 2005, stating that it had filed a petition pursuant to Chapter 11 of the Bankruptcy Code on September 14, 2005, and an automatic stay being in effect,

    IT IS HEREBY ORDERED that:

    1.  There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    2.  Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been

1 entered.

2     3.    The Order to Show Cause filed on September 20, 2005, is
3 vacated.

5 Dated: 9/27/05

                                                  */s/ Claudia Wilken*
                                                  CLAUDIA WILKEN
                                                  United States District Judge