IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORVILLE MEAUX,

       Plaintiff,

   v.

NORTHWEST AIRLINES, INC.,

       Defendant.

_____/

No. C 04-04444 CW

ORDER ON SUMMARY
JUDGMENT BRIEFING
SCHEDULE

On November 16, Plaintiff filed a "Declaration of Dean M. Schmidt and Request by Plaintiff for Continuance of Defendant's Motion for Summary Judgment -- Newly-Disclosed Documentary Evidence." Having considered the declaration and the supporting documentation, the Court denies Plaintiff's request for a continuance. As noted in the Court's October 2, 2009 Minute Order, Plaintiff shall file an opposition to Defendants' summary judgment motion by December 3 and Defendant shall file a reply by December 17. The matter will be taken under submission on the papers.

IT IS SO ORDERED.

Dated: November 25, 2009

_____
CLAUDIA WILKEN
United States District Judge