IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX,<br><br>      Plaintiff,<br><br>  v.<br><br>NORTHWEST AIRLINES, INC.,<br><br>      Defendant.<br>_____/ | No. C 04-04444 CW<br><br>ORDER ON SUMMARY JUDGMENT BRIEFING SCHEDULE |

On November 16, Plaintiff filed a "Declaration of Dean M. Schmidt and Request by Plaintiff for Continuance of Defendant's Motion for Summary Judgment -- Newly-Disclosed Documentary Evidence." Having considered the declaration and the supporting documentation, the Court denies Plaintiff's request for a continuance. As noted in the Court's October 2, 2009 Minute Order, Plaintiff shall file an opposition to Defendants' summary judgment motion by December 3 and Defendant shall file a reply by December 17. The matter will be taken under submission on the papers.

IT IS SO ORDERED.

Dated:   November 25, 2009

CLAUDIA WILKEN
United States District Judge