RICHARD P. DUANE (SBN 37880)
DEAN SCHMIDT (SBN 142068)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorney for Plaintiff
ORVILLE MEAUX

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF THE STATE OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX, | Case No. C 04-04444 CW |
| Plaintiff, | (Consolidated with Case No. C09-02447 CW) |
| v. | STIPULATION AND ORDER TO CONTINUE DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION |
| NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive, | Judge: Hon. Claudia Wilken |
| Defendants. | |

WHEREAS, the current deadline for conducting the Early Neutral Evaluation Session is December 15, 2009.

WHEREAS, Plaintiff's view is that in light of the status of Defendant Northwest's document production, still pending discovery requests and Defendant's currently scheduled Motion for Summary Judgment the ENE would more likely be useful and productive at a later date.

1

1      WHEREAS, Plaintiff has requested that the parties agree to continue the deadline to
2 conduct the Early Neutral Evaluation Session.
3      WHEREAS, the Defendants' view was that the parties could conduct the ENE in
4 accordance with the original Court ordered deadline of December 15, 2009, but are willing to
5 accommodate Plaintiff's request for a continuance.
6      WHEREAS, the parties have agreed to stipulate to seek an order continuing the deadline
7 date for the Early Neutral Evaluation Session in this action to a date no later than February 15,
8 2010.
9      WHEREFORE, counsel for Plaintiff and Defendants agree that the Early Neutral
10 Evaluation Session may and should be continued to a date no later than February 15, 2010.

12 SO STIPULATED.

13                                                   DUANE & SELTZER

15 Dated: _____      _____
16                                                   DEAN SCHMIDT
                                                  Attorney for Plaintiff
                                                  Orville Meaux

18                                                   OGLETREE, DEAKINS et al.

20 Dated: _____      _____
                                                  LINDA GOLDMAN
                                                  Attorney for Defendant
                                                  Northwest Airlines, Inc.

23                                                   ALTSHULER, BERZON LLP

24 Dated: _____      _____
                                                  JONATHAN WEISSGLASS
                                                  Attorney for Defendant
                                                  Transport Workers Union

_____
Case No. C 04-04444 CW
Meaux v. Northwest Airlines, Inc.

| | |
|---|---|
| 1 | WEINBERG, ROGER & ROSENFELD |
| 2 | |
| 3 | Dated: _____  _____ |
| 4 | ANTONIO RUIZ<br>Attorney for Defendant |
| 5 | Association of Flight Attendants-Communications<br>Workers of America |

**ORDER**
**STIPULATION RE CASE MANAGEMENT CONFERENCE**

The above Stipulation, having been read and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the deadline for conducting the Early Neutral Evaluation Session in the above entitled case shall be rescheduled to February 15, 2010.

12/1/09

Dated: _____  *Claudia Wilken*
_____
Honorable Claudia Wilken

_____
Case No. C 04-04444 CW
Meaux v. Northwest Airlines, Inc.