| | |
|---|---|
| 1 | RICHARD P. DUANE (SBN 37880) |
| | DEAN SCHMIDT (SBN 142068) |
| 2 | DUANE & SELTZER, LLP |
| | 2000 Center Street, Suite 300 |
| 3 | Berkeley, California 94704 |
| | Tel: (510) 841-8575 |
| 4 | Fax: (510) 845-3016 |

Attorney for Plaintiff
ORVILLE MEAUX

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF THE STATE OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX, | Case No. C 04-04444 CW |
| Plaintiff, | (Consolidated with Case No. C09-02447 CW) |
| v. | |
| NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive, | STIPULATION AND ORDER TO CONTINUE DEADLINE FOR CONDUCTING EARLY NEUTRAL EVALUATION SESSION |
| | Judge: Hon. Claudia Wilken |
| Defendants. | |

WHEREAS, the current deadline for conducting the Early Neutral Evaluation Session is December 15, 2009.

WHEREAS, Plaintiff's view is that in light of the status of Defendant Northwest's document production, still pending discovery requests and Defendant's currently scheduled Motion for Summary Judgment the ENE would more likely be useful and productive at a later date.

1

Case No. C 04-04444 CW
Meaux v. Northwest Airlines, Inc.

1   WHEREAS, Plaintiff has requested that the parties agree to continue the deadline to
2 conduct the Early Neutral Evaluation Session.
3   WHEREAS, the Defendants' view was that the parties could conduct the ENE in
4 accordance with the original Court ordered deadline of December 15, 2009, but are willing to
5 accommodate Plaintiff's request for a continuance.
6   WHEREAS, the parties have agreed to stipulate to seek an order continuing the deadline
7 date for the Early Neutral Evaluation Session in this action to a date no later than February 15,
8 2010.
9   WHEREFORE, counsel for Plaintiff and Defendants agree that the Early Neutral
10 Evaluation Session may and should be continued to a date no later than February 15, 2010.

12 SO STIPULATED.

13                                         DUANE & SELTZER

15 Dated: _____     _____
                                     DEAN SCHMIDT
16                                   Attorney for Plaintiff
                                     Orville Meaux

18                                         OGLETREE, DEAKINS et al.

20 Dated: _____     _____
                                     LINDA GOLDMAN
                                     Attorney for Defendant
21                                   Northwest Airlines, Inc.

                                           ALTSHULER, BERZON LLP

24 Dated: _____     _____
                                     JONATHAN WEISSGLASS
25                                   Attorney for Defendant
                                     Transport Workers Union

2

_____
Case No. C 04-04444 CW
Meaux v. Northwest Airlines, Inc.

|     |                                    |                                                                                                 |
| --- | ---------------------------------- | ----------------------------------------------------------------------------------------------- |
| 1   |                                    | WEINBERG, ROGER & ROSENFELD                                                                     |
| 2   |                                    |                                                                                                 |
| 3   | Dated: _____       | _____                                                                 |
| 4   |                                    | ANTONIO RUIZ<br>Attorney for Defendant                                                          |
| 5   |                                    | Association of Flight Attendants-Communications<br>Workers of America                            |

### ORDER
### STIPULATION RE CASE MANAGEMENT CONFERENCE

The above Stipulation, having been read and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the deadline for conducting the Early Neutral Evaluation Session in the above entitled case shall be rescheduled to February 15, 2010.

12/1/09

Dated: _____        _____
                                     Honorable Claudia Wilken

_____
Case No. C 04-04444 CW
Meaux v. Northwest Airlines, Inc.

3