UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MEAUX,<br><br>　　　　　Plaintiff(s),<br>　　v.<br>NORTHWEST AIRLINES, INC.,<br><br>　　　　　Defendant(s).<br>_____/ | No. C 04-04444 CW (MEJ)<br><br>**ORDER RE: DISCOVERY MEET & CONFER PROCEDURE** |

UNITED STATES DISTRICT COURT
For the Northern District of California

The Court is in receipt of Defendant's letter, filed January 12, 2010, regarding the parties request to meet and confer by telephone regarding discovery disputes in this case. (Dkt. #103.) Good cause appearing, the Court hereby GRANTS Defendant's request. So as to ensure compliance with the spirit of the meet and confer requirement, the parties shall make a contemporaneous record of their meetings using a court reporter or electronic recording device.

The parties should be aware that the Court may re-instate the in-person meeting requirement if it determines that the telephone meetings are not fruitful.

**IT IS SO ORDERED.**

Dated: January 13, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge