UNITED STATES DISTRICT COURT

Northern District of California

MEAUX,

               Plaintiff(s),             No. C 04-04444 CW (MEJ)

   v.

NORTHWEST AIRLINES, INC.,      **ORDER RE: DISCOVERY MEET & CONFER PROCEDURE**

               Defendant(s).
_____/

The Court is in receipt of Defendant's letter, filed January 12, 2010, regarding the parties request to meet and confer by telephone regarding discovery disputes in this case. (Dkt. #103.) Good cause appearing, the Court hereby GRANTS Defendant's request. So as to ensure compliance with the spirit of the meet and confer requirement, the parties shall make a contemporaneous record of their meetings using a court reporter or electronic recording device.

The parties should be aware that the Court may re-instate the in-person meeting requirement if it determines that the telephone meetings are not fruitful.

**IT IS SO ORDERED.**

Dated: January 13, 2010

                                                      _____
                                                      Maria-Elena James
                                                     Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California