```
 1  RICHARD P. DUANE (SBN 37880)
    DEAN SCHMIDT (SBN 142068)
 2  DUANE & SELTZER, LLP
    2000 Center Street, Suite 300
 3  Berkeley, California 94704
    Tel: (510) 841-8575
 4  Fax: (510) 845-3016

 5  Attorney for Plaintiff
    ORVILLE MEAUX
 6
```

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

OF THE STATE OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX, | Case No. C 04-04444 CW |
| Plaintiff, | (Consolidated with Case No. C09-02447 CW) |
| v. | ORDER DENYING STIPULATION ~~AND (PROPOSED) ORDER~~ TO BE EXCUSED FROM THE ADR PROCESS, EARLY NEUTRAL EVALUATION |
| NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive, | Hon. Claudia Wilken |
| Defendants. | |

WHEREAS, this is a consolidated action, the more recent action (C09-02447 CW) having been filed on June 3, 2009.

WHEREAS, the Court ordered ADR process, Early Neutral Evaluation, was ordered by the Court in the 2009 case on October 2, 2009, before the two Defendant unions had appeared in the action.

WHEREAS, Plaintiff had agreed in the Joint Case Management Statement filed in the

-1-

_____
**Case No. C 04-04444 CW**
Stipulation to Withdraw from ADR process

1 | 2009 action to Early Neutral Evaluation when it was contemplated that the two Defendant unions

2 | would be parties to this action and would participate in the ADR process.

3 | WHEREAS, an Early Neutral Evaluation is scheduled to occur on February 4, 2010

4 | before Sue Stott.

5 | WHEREAS, while the two Defendant unions currently remain in this action, Plaintiff

6 | now intends to dismiss the two Defendant unions from this action, leaving Defendant Northwest

7 | Airlines as the sole Defendant subject to participate in the Early Neutral Evaluation.

8 | WHEREAS, Plaintiff and Defendant Northwest Airlines participated in the ADR process

9 | in the earlier case (C 04-04444 CW) when the Court ordered the parties to Private Mediation by

10 | Order dated March 8, 2005. The ADR Session, Mediation was held on August 16, 2005 but the

11 | parties were not able to reach a resolution of the matter.

12 | WHEREAS, Plaintiff Orville Meaux does not now agree that Early Neutral Evaluation is

13 | a suitable method of ADR for this case as the remaining parties to the consolidated action,

14 | Plaintiff Orville Meaux and Defendant Northwest Airlines, have not been able to resolve this

15 | dispute through alternative means in the past. Plaintiff anticipates that an Early Neutral

16 | Evaluation with Defendant Northwest will be a costly and time-consuming process with little

17 | likelihood of resolving the matter.

18 | WHEREAS, counsel for Defendant Northwest is willing to participate in the Early

19 | Neutral Evaluation as ordered, but does not oppose Plaintiff's request to cancel the scheduled

20 | Early Neutral Evalution which Plaintiff does not believe will be productive.

21 | WHEREFORE, counsel for Plaintiff and Defendant Northwest Airlines agree that this

22 | action may be withdrawn from the ADR process and the Early Neutral Evaluation Session

23 | scheduled for February 4, 2010 may and should be canceled.

24 | /

25 | /

26 | /

27 |

28 | -2-

SO STIPULATED.

DUANE & SELTZER

Dated: January 20, 2010      _____/s/_____
                             DEAN SCHMIDT
                             Attorneys for Plaintiff
                             Orville Meaux


OGLETREE, DEAKINS et al.

Dated: January 20, 2010      _____/s/_____
                             LINDA GOLDMAN
                             Attorneys for Defendant
                             Northwest Airlines, Inc.

### ORDER
### STIPULATION RE CASE MANAGEMENT CONFERENCE

The above Stipulation, having been read and GOOD CAUSE ~~APPEARING~~ **NOT APPEARING** THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Early Neutral Evaluation scheduled for February 4, 2010 ~~is cancelled and the case shall be withdrawn from the ADR process.~~ **shall proceed as scheduled.**

Dated: 1/21/10                _____
                              Honorable Claudia Wilken

-3-

_____
**Case No. C 04-04444 CW**
Stipulation to Withdraw from ADR process