1  RICHARD P. DUANE (SBN 37880)
   DEAN SCHMIDT (SBN 142068)
2  DUANE & SELTZER, LLP
   2000 Center Street, Suite 300
3  Berkeley, California 94704
   Tel: (510) 841-8575
4  Fax: (510) 845-3016

5  Attorney for Plaintiff
   ORVILLE MEAUX
6

7

8              UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT

9                          OF THE STATE OF CALIFORNIA

10

11  ORVILLE MEAUX,                          Case No. C 04-04444 CW

12          Plaintiff,                      (Consolidated with
                                            Case No. C09-02447 CW)
13  v.                                      ORDER DENYING
                                            STIPULATION ~~AND~~
14  NORTHWEST AIRLINES, INC., a Delaware    ~~(PROPOSED) ORDER~~
    Corporation, PROFESSIONAL FLIGHT        TO BE EXCUSED FROM THE
15  ATTENDANTS ASSOCIATION, a labor         ADR PROCESS,
    organization, TRANSPORT WORKERS         EARLY NEUTRAL EVALUATION
16  UNION, a labor organization, ASSOCIATION
    OF FLIGHT ATTENDANTS-
17  COMMUNICATIONS WORKERS OF               Hon. Claudia Wilken
    AMERICA, a labor organization, and DOES 1
18  to 20, inclusive,

19          Defendants.
20  _____/

21
          WHEREAS, this is a consolidated action, the more recent action (C09-02447 CW) having
22
    been filed on June 3, 2009.
23
          WHEREAS, the Court ordered ADR process, Early Neutral Evaluation, was ordered by
24
    the Court in the 2009 case on October 2, 2009, before the two Defendant unions had appeared in
25
    the action.
26
          WHEREAS, Plaintiff had agreed in the Joint Case Management Statement filed in the
27

28                                          -1-
    _____

1  2009 action to Early Neutral Evaluation when it was contemplated that the two Defendant unions

2  would be parties to this action and would participate in the ADR process.

3          WHEREAS, an Early Neutral Evaluation is scheduled to occur on February 4, 2010

4  before Sue Stott.

5          WHEREAS, while the two Defendant unions currently remain in this action, Plaintiff

6  now intends to dismiss the two Defendant unions from this action, leaving Defendant Northwest

7  Airlines as the sole Defendant subject to participate in the Early Neutral Evaluation.

8          WHEREAS, Plaintiff and Defendant Northwest Airlines participated in the ADR process

9  in the earlier case (C 04-04444 CW) when the Court ordered the parties to Private Mediation by

10  Order dated March 8, 2005.  The ADR Session, Mediation was held on August 16, 2005 but the

11  parties were not able to reach a resolution of the matter.

12          WHEREAS, Plaintiff Orville Meaux does not now agree that Early Neutral Evaluation is

13  a suitable method of ADR for this case as the remaining parties to the consolidated action,

14  Plaintiff Orville Meaux and Defendant Northwest Airlines, have not been able to resolve this

15  dispute through alternative means in the past.  Plaintiff anticipates that an Early Neutral

16  Evaluation with Defendant Northwest will be a costly and time-consuming process with little

17  likelihood of resolving the matter.

18          WHEREAS, counsel for Defendant Northwest is willing to participate in the Early

19  Neutral Evaluation as ordered, but does not oppose Plaintiff's request to cancel the scheduled

20  Early Neutral Evalution which Plaintiff does not believe will be productive.

21          WHEREFORE, counsel for Plaintiff and Defendant Northwest Airlines agree that this

22  action may be withdrawn from the ADR process and the Early Neutral Evaluation Session

23  scheduled for February 4, 2010 may and should be canceled.

24  /

25  /

26  /

27

28                                              -2-

_____
**Case No. C 04-04444 CW**
Stipulation to Withdraw from ADR process

1   SO STIPULATED.

2                                    DUANE & SELTZER

3

4   Dated: January 20, 2010          _____/s/_____
                                     DEAN SCHMIDT
5                                    Attorneys for Plaintiff
                                     Orville Meaux
6

7                                    OGLETREE, DEAKINS et al.

8
    Dated: January 20, 2010          _____/s/_____
9                                    LINDA GOLDMAN
                                     Attorneys for Defendant
10                                   Northwest Airlines, Inc.

11

12
                                 **ORDER**
13         **STIPULATION RE CASE MANAGEMENT CONFERENCE**
                                              **NOT APPEARING**
14        The above Stipulation, having been read and GOOD CAUSE ~~APPEARING~~

15  THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Early
                                              **shall proceed as scheduled.**
16  Neutral Evaluation scheduled for February 4, 2010 ~~is cancelled and the case shall be withdrawn~~

17  ~~from the ADR process.~~

18           1/21/10
19  Dated: _____     _____
                                     Honorable Claudia Wilken
20

21

22

23

24

25

26

27

28                                  -3-
    _____
    **Case No. C 04-04444 CW**
    Stipulation to Withdraw from ADR process