For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MEAUX,<br>        Plaintiff,<br><br>    v.<br><br>NORTHWEST AIRLINES, INC.,<br>        Defendant.<br>_____/ | No. C 04-4444 CW<br><br>**ORDER APPROVING REQUESTS FOR DEFENDANT NORTHWEST'S AND DEFENDANT AFA-CWA'S CORPORATE REPRESENTATIVES TO ATTEND ENE BY PHONE, AND EXCUSING DEFENDANT TWU'S REPRESENTATIVE FROM PARTICIPATING IN THE ENE**<br><br>Date:    February 4, 2010<br>Mediator:  Sue Stott |

    IT IS HEREBY ORDERED that defendant Northwest Airlines, Inc.'s corporate representative and defendant AFA-CWA's corporate representative both are excused from personally attending the February 4, 2010, Early Neutral Evaluation before Sue Stott. Both representatives shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10. Additionally, defendant TWU's representative, David Rosen, is entirely excused from participating in the ENE. Attorney Jonathan Weissglass will attend the ENE on TWU's behalf if the stipulation dismissing TWU from this action has not been filed by February 4.

    IT IS SO ORDERED.

January 27, 2010        By:    *Elizabeth D. Laporte*

Dated                                          Elizabeth D. Laporte<br>                                               United States Magistrate Judge