UNITED STATES DISTRICT COURT

Northern District of California

ORVILLE MEAUX,

               Plaintiff(s),             No. C 04-04444 CW (MEJ)

  v.

NORTHWEST AIRLINES, INC.,        **ORDER RE: NON-PARTY DISCOVERY**

               Defendant(s).

_____/

       The Court is in receipt of Defendant Northwest Airlines, Inc.'s discovery letter, filed January 22, 2010, in which Northwest seeks to: (1) initiate contempt proceedings against Esteban Daniel Lovato, M.D. and Robert Cavette Scott III, M.D. for failing to produce subpoenaed documents in accordance with Federal Rule of Civil Procedure 45(d), and (2) bring a federal court action against the Social Security Administration to enjoin it from withholding records and to order the production of agency records.  (Dkt. #109.)  Upon review of Northwest's letter, the Court hereby ORDERS as follows:

    1)    Northwest shall attempt to meet and confer with Dr. Lovato, Dr. Scott, and the Social Security Administration regarding the discovery requests at issue.  Specifically, Northwest shall serve on the non-parties this Order and the undersigned's discovery standing order, and thereafter the parties shall attempt to resolve their disputes using the meet-and-confer procedure described therein.  If the parties are able to meet and confer, but they are unable to reach an agreement, they shall file a joint letter or letters in compliance with the standing order.

    2)    If Northwest is unable to meet and confer with Dr. Lovato, Dr. Scott, and/or the Social Security Administration within 21 days of the date of this Order, Northwest

shall then file any necessary motions under Rule 45 and 5 U.S.C. § 552(a)(4)(B) (and in compliance with Civil Local Rule 7).  If Northwest files any such motions, it shall include a declaration regarding its attempts to comply with Paragraph 1 above.

**IT IS SO ORDERED.**

Dated: January 28, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California