# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ORVILLE MEAUX, | |
| Plaintiff(s), | No. C 04-04444 CW (MEJ) |
| v. | **DISCOVERY ORDER RE DKT #129** |
| NORTHWEST AIRLINES, INC., | |
| Defendant(s). | |

The Court is in receipt of Defendant Northwest Airlines, Inc.'s (Dkt. #129.) As Plaintiff Orville Meaux failed to sign the letter, the Court hereby ORDERS Plaintiff to either (a) file the stipulation for dismissal of his remaining claims against Northwest by March 3, 2010, or (b) sign off and the discovery letter and attestation by March 3, 2010.

**IT IS SO ORDERED.**

Dated: February 24, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge