1
2
3
4                        UNITED STATES  DISTRICT COURT
5                          Northern District of California
6
7    ORVILLE MEAUX,
8                    Plaintiff(s),            No. C 04-04444 CW (MEJ)
          v.
9                                             **DISCOVERY ORDER RE DKT #129**
     NORTHWEST AIRLINES, INC.,
10
                    Defendant(s).
11   _____/
12
13         The Court is in receipt of Defendant Northwest Airlines, Inc.'s (Dkt. #129.)  As Plaintiff
14   Orville Meaux failed to sign the letter, the Court hereby ORDERS Plaintiff to either (a) file the
15   stipulation for dismissal of his remaining claims against Northwest by March 3, 2010, or (b) sign off
16   and the discovery letter and attestation by March 3, 2010.
17         **IT IS SO ORDERED.**
18
19   Dated: February 24, 2010                    _____
20                                               Maria-Elena James
                                                 Chief United States Magistrate Judge
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California