| | |
|---|---|
| 1 | RICHARD P. DUANE (SBN 37880)<br>DEAN SCHMIDT (SBN 142068) |
| 2 | DUANE & SELTZER, LLP<br>2000 Center Street, Suite 300 |
| 3 | Berkeley, California 94704<br>Tel: (510) 841-8575 |
| 4 | Fax: (510) 845-3016 |
| 5 | Attorney for Plaintiff<br>ORVILLE MEAUX |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX, | Case No. C 04-04444 CW |
| Plaintiff, | (Consolidated with<br>Case No. C09-02447 CW) |
| v. | STIPULATED DISMISSAL<br>WITH PREJUDICE AS TO |
| NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive, | DEFENDANTS<br>TRANSPORT WORKERS UNION and ASSOCIATION OF FLIGHT ATTENDANTS - COMMUNICATIONS WORKERS OF AMERICA<br>and<br>~~(Proposed)~~ ORDER |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) each party, by and through its respective counsel, stipulate to the dismissal with prejudice of Defendants Transport Workers Union and Association of Flight Attendants - Communications Workers of America from this action.

SO STIPULATED.

-1-

_____
Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

DUANE & SELTZER, LLP

Dated: February 25, 2010　　　　　_____/s/_____
RICHARD DUANE
Attorneys for Plaintiff
ORVILLE MEAUX


Dated: February 25, 2010　　　　　OGLETREE, DEAKINS et al.


　　　　　　　　　　　　　　　　_____/s/_____
LINDA S. GOLDMAN
Attorneys for Defendant
NORTHWEST AIRLINES, INC.


Dated: February 25, 2010　　　　　ALTSHULER BERZON, LLP


　　　　　　　　　　　　　　　　_____/s/_____
JONATHAN D. WEISSGLASS
Attorneys for Defendant
TRANSPORT WORKERS UNION


Dated: February 25, 2010　　　　　WEINBERG, ROGER & ROSENFELD, APC


　　　　　　　　　　　　　　　　_____/s/_____
ANTONIO RUIZ
Attorneys for Defendant
ASSOCIATION OF FLIGHT ATTENDANTS -
COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO


## **ORDER**

IT IS SO ORDERED that the parties through their designated counsel, have agreed to dismiss with prejudice, Defendants Transport Workers Union and Association of Flight

-2-

_____
Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

Attendants - Communications Workers of America, from this action.

Dated: 3/2/10                    By: /s/ Claudia Wilken
                                     Hon. Claudia Wilken

-3-

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE