| | |
|---|---|
| 1 | RICHARD P. DUANE (SBN 37880) |
| 2 | DEAN SCHMIDT (SBN 142068)<br>DUANE & SELTZER, LLP |
| 3 | 2000 Center Street, Suite 300<br>Berkeley, California 94704 |
| 4 | Tel: (510) 841-8575<br>Fax: (510) 845-3016 |
| 5 | Attorney for Plaintiff |
| 6 | ORVILLE MEAUX |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX,<br><br>       Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS- COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive,<br><br>       Defendants.<br>_____/ | Case No. C 04-04444 CW<br><br>(Consolidated with<br>Case No. C09-02447 CW)<br><br>STIPULATED DISMISSAL WITH PREJUDICE AS TO DEFENDANTS TRANSPORT WORKERS UNION and ASSOCIATION OF FLIGHT ATTENDANTS - COMMUNICATIONS WORKERS OF AMERICA<br>and<br><s>(Proposed)</s> ORDER |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) each party, by and through its respective counsel, stipulate to the dismissal with prejudice of Defendants Transport Workers Union and Association of Flight Attendants - Communications Workers of America from this action.

      SO STIPULATED.

-1-

_____
Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
|   | DUANE & SELTZER, LLP |
| Dated: February 25, 2010 | _____/s/_____<br>RICHARD DUANE<br>Attorneys for Plaintiff<br>ORVILLE MEAUX |
| Dated: February 25, 2010 | OGLETREE, DEAKINS et al.<br><br>_____/s/_____<br>LINDA S. GOLDMAN<br>Attorneys for Defendant<br>NORTHWEST AIRLINES, INC. |
| Dated: February 25, 2010 | ALTSHULER BERZON, LLP<br><br>_____/s/_____<br>JONATHAN D. WEISSGLASS<br>Attorneys for Defendant<br>TRANSPORT WORKERS UNION |
| Dated: February 25, 2010 | WEINBERG, ROGER & ROSENFELD, APC<br><br>_____/s/_____<br>ANTONIO RUIZ<br>Attorneys for Defendant<br>ASSOCIATION OF FLIGHT ATTENDANTS -<br>COMMUNICATIONS WORKERS OF<br>AMERICA, AFL-CIO |

**ORDER**

IT IS SO ORDERED that the parties through their designated counsel, have agreed to dismiss with prejudice, Defendants Transport Workers Union and Association of Flight

-2-

_____
Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

1 | Attendants - Communications Workers of America, from this action.

4 | Dated: ___3/2/10_____     By: ___[signature: Claudia Wilken]_____
   |                                              Hon. Claudia Wilken

-3-

_____
Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE