RICHARD P. DUANE (SBN 37880)
DEAN SCHMIDT (SBN 142068)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorney for Plaintiff
ORVILLE MEAUX

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORVILLE MEAUX,<br><br>        Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive,<br><br>        Defendants.<br>_____/ | Case No. C 04-04444 CW<br><br>(Consolidated with<br>Case No. C09-02447 CW)<br><br>STIPULATED DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S REMAINING CLAIMS AGAINST DEFENDANT NORTHWEST and<br>~~(Proposed)~~ ORDER |

      WHEREAS, on or about November 10, 2009, Defendant Northwest Airlines, Inc. filed a motion for summary judgment as to Plaintiff's claims against Northwest for discrimination and retaliation with respect to a Level 1 Reminder and Plaintiff's termination, his harassment claim under FEHA and Title VII, and his claim for discrimination as to the issuance of a Level I Reminder and punitive damages;

      WHEREAS, on or about December 3, 2009, Plaintiff Orville Meaux filed opposition to

-1-

1  Defendant Northwest's motion to which Defendant Northwest filed a reply on December 17,
2  2009;

3      WHEREAS, on or about February 18, 2010, the Court entered an Order granting
4  Defendant's motion for summary judgment in part and denying it in part. Summary judgment
5  was granted as to Plaintiff's claims for discrimination and retaliation relating to his termination
6  by Northwest. Summary judgment was also granted as to Plaintiff's harassment claim under
7  FEHA and Title VII. Summary judgment was also granted as to Plaintiff's retaliation claim
8  relating to the issuance of the Level I Reminder. Plaintiff's remaining pending claim against
9  Defendant Northwest, as to which the Court denied Defendant's motion for summary judgment,
10  is his discrimination claim relating to the issuance of a Level 1 Reminder;

11      WHEREAS, Plaintiff now seeks to voluntarily dismiss his remaining pending claim
12  against Defendant Northwest as to which the summary judgment was denied;

13      WHEREAS, Plaintiff's hybrid action [U.S.D.C. Case No. C09-02447 CW] for wrongful
14  termination of employment and breach of the duty of fair representation was earlier dismissed by
15  the Court's Order as to Defendant Northwest on Defendant Northwest's motion under Rule 12(b)
16  and consolidated with this action;

17      WHEREAS, Plaintiff's voluntary dismissal with prejudice of the remaining pending
18  claim against Defendant Northwest does not preclude his right to pursue an appeal on the Court's
19  ruling granting Northwest's motion for summary judgment in part. Plaintiff specifically
20  preserves his right to appeal from the Court's Order granting Defendant Northwest's motion for
21  summary judgment;

22      WHEREAS, Plaintiff's voluntary dismissal with prejudice does not preclude Plaintiff's
23  right to pursue his appeal of the Court's Order granting Defendant Northwest's 12(b) motion and
24  dismissing the hybrid action which was consolidated with this action. Plaintiff specifically
25  preserves his right to continue to pursue his appeal [U.S.C.A. Docket No. 09-17560] from the
26  Court's Order dismissing the hybrid action;

27

28                                    -2-

THE PARTIES HEREBY STIPULATE that Plaintiff's remaining pending claim against Defendant Northwest Airlines, specifically Plaintiff's claim for discrimination relating to the issuance of a Level I Reminder, is dismissed with prejudice.

DUANE & SELTZER, LLP

Dated: February ___, 2010

\_\_\_\_\_/s/\_\_\_\_\_
RICHARD DUANE
Attorneys for Plaintiff
ORVILLE MEAUX

Dated: February ___, 2010

OGLETREE, DEAKINS et al.

\_\_\_\_\_/s/\_\_\_\_\_
LINDA S. GOLDMAN
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

Dated: February ___, 2010

ALTSHULER BERZON, LLP

\_\_\_\_\_/s/\_\_\_\_\_
JONATHAN D. WEISSGLASS
Attorneys for Defendant
TRANSPORT WORKERS UNION

Dated: February ___, 2010

WEINBERG, ROGER & ROSEFELD, APC

\_\_\_\_\_/s/\_\_\_\_\_
ANTONIO RUIZ
Attorneys for Defendant
ASSOCIATION OF FLIGHT ATTENDANTS -
COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO

/

-3-

1       THE PARTIES HEREBY STIPULATE that Plaintiff's remaining pending claim against

2   Defendant Northwest Airlines, specifically Plaintiff's claim for discrimination relating to the

3   issuance of a Level I Reminder, is dismissed with prejudice.

4

5                       DUANE & SELTZER, LLP

6

7   Dated: February ___, 2010        /s/

8                       RICHARD DUANE
                          Attorneys for Plaintiff

9                       ORVILLE MEAUX

10

11  Dated: February 24, 2010        OGLETREE, DEAKINS et al.

12

13                     /s/ Linda S. Goldman for
                      LINDA S. GOLDMAN

14                       Attorneys for Defendant
                       NORTHWEST AIRLINES, INC.

15

16  Dated: February ___, 2010       ALTSHULER BERZON, LLP

17

18                     /s/
                      JONATHAN D. WEISSGLASS

19                       Attorneys for Defendant
                       TRANSPORT WORKERS UNION

20

21  Dated: February ___, 2010       WEINBERG, ROGER & ROSEFELD, APC

22

23                     /s/
                      ANTONIO RUIZ

24                       Attorneys for Defendant
                       ASSOCIATION OF FLIGHT ATTENDANTS -

25                       COMMUNICATIONS WORKERS OF
                       AMERICA, AFL-CIO

26

27  /

28                     -3-

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

THE PARTIES HEREBY STIPULATE that Plaintiff's remaining pending claim against Defendant Northwest Airlines, specifically Plaintiff's claim for discrimination relating to the issuance of a Level I Reminder, is dismissed with prejudice.

DUANE & SELTZER, LLP

Dated: February ___, 2010

_____/s/_____
RICHARD DUANE
Attorneys for Plaintiff
ORVILLE MEAUX

Dated: February ___, 2010

OGLETREE, DEAKINS et al.

_____/s/_____
LINDA S. GOLDMAN
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

Dated: February 24, 2010

ALTSHULER BERZON, LLP

_____/s/_____
JONATHAN D. WEISSGLASS
Attorneys for Defendant
TRANSPORT WORKERS UNION

Dated: February ___, 2010

WEINBERG, ROGER & ROSEFELD, APC

_____/s/_____
ANTONIO RUIZ
Attorneys for Defendant
ASSOCIATION OF FLIGHT ATTENDANTS -
COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO

-3-

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

DUANE & SELTZER, LLP

Dated: February ___, 2010

_____
RICHARD DUANE
Attorneys for Plaintiff
ORVILLE MEAUX

Dated: February ___, 2010                    OGLETREE, DEAKINS et al.

_____
LINDA S. GOLDMAN
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

Dated: February ___, 2010                    ALTSHULER BERZON, LLP

_____
JONATHAN D. WEISSGLASS
Attorneys for Defendant
TRANSPORT WORKERS UNION

Dated: February ___, 2010                    WEINBERG, ROGER & ROSEFELD, APC

_____
ANTONIO RUIZ
Attorneys for Defendant
ASSOCIATION OF FLIGHT ATTENDANTS -
COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO

## ORDER

IT IS SO ORDERED that the parties through their designated counsel, have agreed to

dismiss with prejudice, Defendants Transport Workers Union and Association of Flight

-2-

## <u>ORDER</u>

IT IS SO ORDERED that the parties through their designated counsel, have agreed to dismiss with prejudice, Plaintiff's remaining claim against Defendant Northwest as to which the Court denied summary judgment, specifically, Plaintiff's claim for discrimination relating to the Level I Reminder, pursuant to F.R.C.P. Rule 41(a)(2). There are no remaining claims against Northwest in this action.

Dated: ____3/2/10_____    By: _____

                                                           Hon. Claudia Wilken

-4-

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE