RICHARD P. DUANE (SBN 37880)
DEAN SCHMIDT (SBN 142068)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorney for Plaintiff
ORVILLE MEAUX

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX,<br><br>       Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., a Delaware Corporation, PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION, a labor organization, TRANSPORT WORKERS UNION, a labor organization, ASSOCIATION OF FLIGHT ATTENDANTS-COMMUNICATIONS WORKERS OF AMERICA, a labor organization, and DOES 1 to 20, inclusive,<br><br>       Defendants.<br>_____/ | Case No. C 04-04444 CW<br><br>(Consolidated with<br>Case No. C09-02447 CW)<br><br>STIPULATED DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S REMAINING CLAIMS AGAINST DEFENDANT NORTHWEST and<br>~~(Proposed)~~ ORDER |

WHEREAS, on or about November 10, 2009, Defendant Northwest Airlines, Inc. filed a

motion for summary judgment as to Plaintiff's claims against Northwest for discrimination and

retaliation with respect to a Level 1 Reminder and Plaintiff's termination, his harassment claim

under FEHA and Title VII, and his claim for discrimination as to the issuance of a Level I

Reminder and punitive damages;

WHEREAS, on or about December 3, 2009, Plaintiff Orville Meaux filed opposition to

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

1   Defendant Northwest's motion to which Defendant Northwest filed a reply on December 17,

2   2009;

3          WHEREAS, on or about February 18, 2010, the Court entered an Order granting

4   Defendant's motion for summary judgment in part and denying it in part.  Summary judgment

5   was granted as to Plaintiff's claims for discrimination and retaliation relating to his termination

6   by Northwest.  Summary judgment was also granted as to Plaintiff's harassment claim under

7   FEHA and Title VII.  Summary judgment was also granted as to Plaintiff's retaliation claim

8   relating to the issuance of the Level I Reminder.  Plaintiff's remaining pending claim against

9   Defendant Northwest, as to which the Court denied Defendant's motion for summary judgment,

10  is his discrimination claim relating to the issuance of a Level 1 Reminder;

11         WHEREAS, Plaintiff now seeks to voluntarily dismiss his remaining pending claim

12  against Defendant Northwest as to which the summary judgment was denied;

13         WHEREAS, Plaintiff's hybrid action [U.S.D.C. Case No. C09-02447 CW] for wrongful

14  termination of employment and breach of the duty of fair representation was earlier dismissed by

15  the Court's Order as to Defendant Northwest on Defendant Northwest's motion under Rule 12(b)

16  and consolidated with this action;

17         WHEREAS, Plaintiff's voluntary dismissal with prejudice of the remaining pending

18  claim against Defendant Northwest does not preclude his right to pursue an appeal on the Court's

19  ruling granting Northwest's motion for summary judgment in part.  Plaintiff specifically

20  preserves his right to appeal from the Court's Order granting Defendant Northwest's motion for

21  summary judgment;

22         WHEREAS, Plaintiff's voluntary dismissal with prejudice does not preclude Plaintiff's

23  right to pursue his appeal of the Court's Order granting Defendant Northwest's 12(b) motion and

24  dismissing the hybrid action which was consolidated with this action. Plaintiff specifically

25  preserves his right to continue to pursue his appeal [U.S.C.A. Docket No. 09-17560] from the

26  Court's Order dismissing the hybrid action;

27

28                                        -2-

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

1    THE PARTIES HEREBY STIPULATE that Plaintiff's remaining pending claim against

2    Defendant Northwest Airlines, specifically Plaintiff's claim for discrimination relating to the

3    issuance of a Level I Reminder, is dismissed with prejudice.

4

5                                                    DUANE & SELTZER, LLP

6

7    Dated: February ___, 2010          _____/s/_____
                                         RICHARD DUANE
8                                        Attorneys for Plaintiff
                                         ORVILLE MEAUX
9

10

11   Dated: February ___, 2010          OGLETREE, DEAKINS et al.

12

13                                       _____/s/_____
                                         LINDA S. GOLDMAN
14                                       Attorneys for Defendant
                                         NORTHWEST AIRLINES, INC.
15

16   Dated: February ___, 2010          ALTSHULER BERZON, LLP

17

18                                       _____/s/_____
                                         JONATHAN D. WEISSGLASS
19                                       Attorneys for Defendant
                                         TRANSPORT WORKERS UNION
20

21   Dated: February ___, 2010          WEINBERG, ROGER & ROSEFELD, APC

22

23                                       _____/s/_____
                                         ANTONIO RUIZ
24                                       Attorneys for Defendant
                                         ASSOCIATION OF FLIGHT ATTENDANTS -
25                                       COMMUNICATIONS WORKERS OF
                                         AMERICA, AFL-CIO
26
     /
27                                                  -3-

28
     _____

THE PARTIES HEREBY STIPULATE that Plaintiff's remaining pending claim against Defendant Northwest Airlines, specifically Plaintiff's claim for discrimination relating to the issuance of a Level I Reminder, is dismissed with prejudice.

DUANE & SELTZER, LLP

Dated: February ___, 2010

/s/
RICHARD DUANE
Attorneys for Plaintiff
ORVILLE MEAUX

Dated: February 24, 2010

OGLETREE, DEAKINS et al.

/s/ Linda S Golden for
LINDA S. GOLDMAN
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

Dated: February ___, 2010

ALTSHULER BERZON, LLP

/s/
JONATHAN D. WEISSGLASS
Attorneys for Defendant
TRANSPORT WORKERS UNION

Dated: February ___, 2010

WEINBERG, ROGER & ROSEFELD, APC

/s/
ANTONIO RUIZ
Attorneys for Defendant
ASSOCIATION OF FLIGHT ATTENDANTS -
COMMUNICATIONS WORKERS OF
AMERICA, AFL-CIO

-3-

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

1    THE PARTIES HEREBY STIPULATE that Plaintiff's remaining pending claim against

2    Defendant Northwest Airlines, specifically Plaintiff's claim for discrimination relating to the

3    issuance of a Level I Reminder, is dismissed with prejudice.

4

5                                    DUANE & SELTZER, LLP

6

7    Dated: February ___, 2010              _____/s/_____
                                            RICHARD DUANE
8                                           Attorneys for Plaintiff
                                            ORVILLE MEAUX
9

10

11   Dated: February ___, 2010              OGLETREE, DEAKINS et al.

12

13                                          _____/s/_____
                                            LINDA S. GOLDMAN
14                                          Attorneys for Defendant
                                            NORTHWEST AIRLINES, INC.
15

16   Dated: February 24, 2010               ALTSHULER BERZON, LLP

17                                          _____/s/_____

18                                          JONATHAN D. WEISSGLASS
                                            Attorneys for Defendant
19                                          TRANSPORT WORKERS UNION

20

21   Dated: February ___, 2010              WEINBERG, ROGER & ROSEFELD, APC

22

23                                          _____/s/_____
                                            ANTONIO RUIZ
24                                          Attorneys for Defendant
                                            ASSOCIATION OF FLIGHT ATTENDANTS -
25                                          COMMUNICATIONS WORKERS OF
                                            AMERICA, AFL-CIO
26

27   /

28                                          -3-

     Case No. C 04-04444 CW
     STIPULATED DISMISSAL WITH PREJUDICE

1

DUANE & SELTZER, LLP

2

3    Dated: February ___, 2010       _____

4                                    RICHARD DUANE
                                     Attorneys for Plaintiff
5                                    ORVILLE MEAUX

6

7    Dated: February ___, 2010       OGLETREE, DEAKINS et al.

8

9                                    _____
                                     LINDA S. GOLDMAN
10                                   Attorneys for Defendant
                                     NORTHWEST AIRLINES, INC.
11

12   Dated: February ___, 2010       ALTSHULER BERZON, LLP

13

14                                   _____
                                     JONATHAN D. WEISSGLASS
15                                   Attorneys for Defendant
                                     TRANSPORT WORKERS UNION
16

17   Dated: February ___, 2010       WEINBERG, ROGER & ROSEFELD, APC

18

19                                   _____
                                     ANTONIO RUIZ
20                                   Attorneys for Defendant
                                     ASSOCIATION OF FLIGHT ATTENDANTS -
21                                   COMMUNICATIONS WORKERS OF
                                     AMERICA, AFL-CIO
22

23

24                                   **ORDER**

25          IT IS SO ORDERED that the parties through their designated counsel, have agreed to

26   dismiss with prejudice, Defendants Transport Workers Union and Association of Flight

27
                                              -2-
28

Case No. C 04-04444 CW
STIPULATED DISMISSAL WITH PREJUDICE

1

2
## **ORDER**

3       IT IS SO ORDERED that the parties through their designated counsel, have agreed to

4   dismiss with prejudice, Plaintiff's remaining claim against Defendant Northwest as to which the

5   Court denied summary judgment, specifically, Plaintiff's claim for discrimination relating to the

6   Level I Reminder, pursuant to F.R.C.P. Rule 41(a)(2).  There are no remaining claims against

7   Northwest in this action.

8

9                     3/2/10

10  Dated: _____    By: _____

11                                              Hon. Claudia Wilken

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                            -4-
28
    ─────────────────────
    Case No. C 04-04444 CW
    STIPULATED DISMISSAL WITH PREJUDICE