IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORVILLE MEAUX,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHWEST AIRLINES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. 04-04444 CW<br><br>ORDER REQUIRING PROOF OF SERVICE AS TO DEFENDANT PROFESSIONAL FLIGHT ATTENDANTS ASSOCIATION |

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint must be made upon a defendant within 120 days after the filing of a complaint.  To date, Plaintiff has not filed a proof of timely service as to Defendant Professional Flight Attendants Association.  Plaintiff must serve this Defendant and file proof of such service with the Court within one week from the date of this order.  If no such proof is filed, the Court will dismiss the complaint as to Defendant Professional Flight Attendants Association for failure to prosecute.

IT IS SO ORDERED.

Dated: 04/22/10

                                      CLAUDIA WILKEN
                                      United States District Judge